# THE MARKS LAW FIRM, P.C.

January 17, 2025

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: __1/17/25__

**MEMORANDUM ENDORSED**

***FILED VIA ECF***
Hon Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, NY 10007-1312

RE: **Derrick Mullins v. WMW Restaurant Group, LLC, et al.**
Index: 1:24-cv-07783-GHW
***Joint Request for Adjournment + Referral to Mediation***

Dear Judge Woods,

Subject to Your Honor's Notice of Initial Pretrial Conference [Dkt 6], the parties jointly and respectfully request an immediate referral to the SDNY mediation program along with a sixty (60) day adjournment of the Initial Pretrial Conference from **January 28, 2025** to **March 31, 2025**, or in the alternative, until the parties notify the Court that the settlement efforts have failed, whichever is earlier.

This request is made because the parties have been engaged in substantive settlement discussions and, to that end, have agreed to explore early resolution through the SDNY Mediation Program. To the extent that this matter is resolved at mediation, the parties will file a status letter with the Court advising of the same or a Stipulation of Voluntary Dismissal, before the adjourned conference date. This is the first request of its kind and is being made on consent of all Defendants.

Thank you for your consideration and attention to the above.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
        Bradly G. Marks

CC: ***VIA ECF PACER***
All Parties

Application granted. The parties' January 17, 2025 request for a referral to the SDNY mediation program and to adjourn the initial pretrial conference, Dkt. No. 11, is granted. The initial pretrial conference scheduled for January 28, 2025 is adjourned to April 3, 2025 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's October 16, 2024 order are due no later than March 27, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated: January 17, 2025
New York, New York

GREGORY H. WOODS
United States District Judge

155 East 55th Street, Suite 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com