# THE MARKS LAW FIRM, P.C.

March 20, 2025

Hon. Gregory H. Wood
Southern District of New York
Thurgood Marshall
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**RE: DERRICK MULLINS V. WMW RESTAURANT GROUP, LLC ET AL**
Docket: 1:24-cv-07783-GHW

Honorable Woods,

The undersigned counsel represents Plaintiff, Derrick Mullins, in the above referenced matter.

We are pleased to inform the court that the above captioned matter has been settled amicably amongst the parties. Accordingly, we respectfully request the court provide a 30 day order to finalize and dismiss with prejudice as against all parties.

This will stay and obviate any need for an answer or conference as well and preserve Your Honors time and resources.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

_____

Bradly G. Marks

155 East 55th Street, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com